

# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    v.                              **CASE NO.** 23-20024-DDC-ADM
                                            **FILED UNDER SEAL**

**ERIK PETERSON,**

        **Defendant.**

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

**POSSESSION OF AMMUNITION BY A CONVICTED FELON**
**[18 U.S.C. § 922(g)(1)]**

On or about February 22, 2021, in the District of Kansas, the defendant,

**ERIK PETERSON,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in 2006, Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, in the United States District Court for the District of Kansas, Case No. 06-cr-20036-CM; knowingly possessed LC 12 5.56 mm

ammunition, in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

# COUNT 2

### POSSESSION OF A FIREARM NOT IDENTIFIED BY A SERIAL NUMBER
### [26 U.S.C. § 5861(i)]

On or about February 22, 2021, in the District of Kansas, the defendant,

**ERIK PETERSON,**

knowingly received and possessed a firearm, a silencer, which was not identified by a serial number as required by chapter 53 of Title 26, United States Code, Sections 5861(i) and 5871.

In violation of Title 26, United States Code, Section 5861(i).

### FORFEITURE NOTICE

1. The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses set forth in Counts 1-2 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offenses, including, but not limited to:

    A. a Free State Armament LLC model FSAM4 multi-caliber pistol with serial number FSA20036;
    B. any accompanying ammunition; and
    C. a firearm silencer.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

May 3, 2023          s/Foreperson
DATE              FOREPERSON OF THE GRAND JURY


KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Michelle McFarlane
MICHELLE MCFARLANE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email:Michelle.McFarlane@usdoj.gov
Ks. S. Ct. No. 26824

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

### Count 1 [18 U.S.C. 922(g)]

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

### Count 2 [26 U.S.C. § 5871]

- Punishable by a term of imprisonment of not more than ten (10) years. 26 U.S.C. § 5871.

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $10,000. 26 U.S.C. § 5871.

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.